# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

ALEXANDER DAVIDOFF and )
OLENA DAVIDOFF )
                                            )   CASE NO: 3:12-0965
v.                                  )   JUDGE KEVIN H. SHARP
                                            )
PROGRESSIVE HAWAII INSURANCE )
COMPANY )

√ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the jury found as follows:

-Plaintiffs Alexander Davidoff and Olena Davidoff did <u>not</u> prove by a preponderance of the evidence that Defendant Progressive Hawaii Insurance Company breached the contract of insurance.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY, JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT PROGRESSIVE HAWAII INSURANCE COMPANY.**

DATE: March 12, 2014                              KEITH THROCKMORTON, CLERK

                                                                       BY: *Angie Brewer*
                                                                       Deputy Clerk